UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

         Plaintiff,   Criminal No. 05-47 RHK

    v.          **ORDER FOR EXTENSION OF**
                 **TIME TO FILE OBJECTIONS**
Nanna Lovre,           **AND POSITION PLEADINGS**

         Defendant.

---

John Docherty, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Katherine M. Menendez, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

  The Defendant's Motion for Extension of Time is GRANTED.

  **IT IS HEREBY ORDERED** that:

  All written correspondence be due to the Probation Office by July 18, 2005; and

  Position pleadings, if necessary, be filed electronically with the Clerk of Court by July 25, 2005.

Dated:  7/6/05         s/Richard H. Kyle
                  Honorable Richard H. Kyle
                  United States District Court Judge